SO ORDERED.

SIGNED this 29th day of April, 2015.



_____
LENA MANSORI JAMES
UNITED STATES BANKRUPTCY JUDGE

---

C-13-15a(Order)
(Rev. 11/06)

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF NORTH CAROLINA

In Re:                                      )
                                            )
                                            )
                                            )
PATRICK LEE YOUNG                           )
MICHELLE COPELAND YOUNG,                    )     No. B-11-50083   C-13W
                                            )
          Debtors                           )

## ORDER

    This matter coming before the Court upon the Motion of Kathryn L. Bringle, Trustee for the above-referenced Debtors, to recommend that funds being reserved for Peoples Finance Company be disbursed to other creditors in the case inasmuch as the Creditor has not filed a proof of claim and, consequently, the Trustee is unable to disburse funds to the Creditor, and there being no filed objection to the Motion within the time period set forth in the Notice issued on March 18, 2015 by the Clerk of Court setting April 27, 2015 as the deadline for filing objections to the Motion and the Court, after considering the Motion, finds the Motion should be granted; therefore, it is

    **ORDERED** that funds being reserved for Peoples Finance Company will be disbursed to other creditors in the case.

END OF DOCUMENT

PARTIES TO BE SERVED
PAGE 1 OF 1
11-50083     C-13W

PATRICK LEE YOUNG
MICHELLE COPELAND YOUNG
12563 NC HIGHWAY 47
DENTON, NC 27239-7434

WENDELL "WES" SCHOLLANDER III
SCHOLLANDER LAW OFFICES
2000 W FIRST STREET SUITE 308
WINSTON SALEM, NC 27104

PEOPLES FINANCE COMPANY
P.O. BOX 1505
LEXINGTON, NC 27293

KATHRYN L BRINGLE
CHAPTER 13 TRUSTEE
P. O. BOX 2115
WINSTON-SALEM, NC  27102-2115